AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

JODIE PIERCE, indvidually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

CPS SOLUTIONS, LLC.

*Defendant(s)*

Civil Action No. 2:25-cv-449

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CPS Solutions, LLC.
c/o CT Corpration System
4400 Easton Cmns
Suite 125
Columbus, Ohio 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Josh Sanford
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy
Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/25/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.    2:25-cv-00449-ALM-KAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **CPS Solutions LLC**
was recieved by me on  **4/29/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **DAYLEN PLATT**, who is designated by law to accept service of process on behalf of **CPS Solutions LLC** at **4400 Easton Cmns Ste 125, Columbus, OH 43219** on **04/29/2025 at 2:22 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 136.74** for services, for a total of **$ 136.74**.

I declare under penalty of perjury that this information is true.

Date:  05/02/2025

*Server's signature*

**Kodjo K Tsowu**
*Printed name and title*

**4321 Chesford Road
2E
Columbus, OH 43224**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; PLAINTIFF'S CLASS ACTION COMPLAINT; EXHIBIT,  to DAYLEN PLATT who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'4"-5'6" tall and weighing under 80 lbs with glasses.**




Tracking #: **0168163131**