# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JODIE PIERCE, *individually and on behalf of all others similarly situated,*<br><br>          Plaintiff,<br><br>v.<br><br>CPS Solutions, LLC,<br><br>          Defendant. | Case No. 2:25-cv-00449<br><br>District Judge Algernon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Joel E. Sechler, Katheryn M. Lloyd, and Amber L. Merl of the law firm of Carpenter Lipps LLP, 280 Plaza, Suite 1300, 280 North High Street, Columbus, Ohio 43215, respectfully enter their appearance as counsel for Defendant CPS Solutions, LLC.

Dated: May 15, 2025      Respectfully submitted,

/s/ Joel E. Sechler
Joel E. Sechler (0076320)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
sechler@carpenterlipps.com

*Trial Attorney for Defendant*
*CPS Solutions, LLC*

Of Counsel

Katheryn M. Lloyd (0075610)
Amber L. Merl (0080655)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
merl@carpenterlipps.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Ohio using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                          /s/ Joel E. Sechler
                                          Joel E. Sechler (0076320)

931727