# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JODIE PIERCE, *individually and on behalf of all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CPS Solutions, LLC,<br><br>　　　　Defendant. | Case No. 2:25-cv-00449<br><br>District Judge Algernon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Local R. 83.3(e) and 83.4(a), Joel E. Sechler, trial attorney for Defendant CPS Solutions, LLC ("Defendant") in the above-captioned action, hereby moves the Court to admit Jennifer S. Windom *pro hac vice* to appear and participate as co-counsel in this case for Defendant.

Movant represents that Jennifer S. Windom is a member in good standing of the highest court of the District of Columbia as attested by the accompanying certificate from that court, that she has no pending disciplinary actions against her, and that she is not eligible to become a member of the permanent bar of this Court.  This Motion will be accompanied by the required $200.00 fee.

Jennifer S. Windom's relevant identifying information is as follows:

Name: Jennifer S. Windom
District of Columbia Bar #: 502481
Firm: Hogan Lovells US LLP
Business Address: 555 13th Street NW, Washington D.C. 20004
Business Telephone: (202) 637-6437
Facsimile: (202) 637-5910
Business Email: jennifer.windom@hoganlovells.com

Dated:  May 15, 2025                     Respectfully submitted,

/s/ Joel E. Sechler
Joel E. Sechler (0076320)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
sechler@carpenterlipps.com

*Trial Attorney for Defendant*
*CPS Solutions, LLC*

Of Counsel

Katheryn M. Lloyd (0075610)
Amber L. Merl (0080655)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
merl@carpenterlipps.com

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 15, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Ohio using the CM/ECF system. All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                 /s/ Joel E. Sechler
                 Joel E. Sechler (0076320)

931728