United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Chief Marbley, Judge Watson, Magistrate Judge Deavers & Magistrate Judge Jolson

FROM: Eduardo Rivera, Case Administrator

DATE: May 13, 2025

SUBJECT: Case Caption: Pierce v. CPS Solutions, LLC

CASE: Case Number: Doc. 2:25-cv-0449 1

DISTRICT JUDGE: Judge Marbley/Magistrate Judge Jolson

File Date: 4/24/2025

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: **Washburn v. CPS Solutions, LLC**

Case Number: **Doc. 2:25-cv-00400 1**      District Judge: **Marbley**

File Date: **4/14/2025**      Magistrate Judge: **Deavers**


**Related Case(s):**

Case Caption: **Webber v. CPS Solutions, LLC**

Case Number: **Doc. 2:25-cv-00431 1**      District Judge: **Watson**

File Date: **4/18/2025**      Magistrate Judge: **Jolson**

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   **Eduardo Rivera**
as follows:

**Judges' Response:**

- [ ] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- [X] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Marbley

- [ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- [ ] We are unable to agree and will accept any decision made by the Chief Judge.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- [ ] Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*