## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JODIE PIERCE, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>CPS Solutions, LLC,<br><br>Defendant. | Case No. 2:25-cv-00449<br><br>District Judge Algernon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

**<u>DEFENDANT CPS SOLUTIONS, LLC'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant CPS Solutions, LLC makes the following disclosures:

CPS Solutions, LLC is a wholly owned subsidiary of PPS Holdings, Inc.  PPS Holdings, Inc. is a privately held company.  CPS Solutions, LLC and PPS Holdings, Inc. are subsidiaries of OptumRx Holdings, LLC, which is a wholly owned subsidiary of Optum, Inc.  Optum, Inc. is a wholly owned subsidiary of United HealthCare Services, Inc., which is, in turn, a wholly owned subsidiary of UnitedHealth Group Incorporated, a publicly owned company.

UnitedHealth Group Incorporated, a publicly owned company, as a parent company to CPS Solutions, LLC, has a financial interest in the outcome of this matter.

1

Dated:  May 19, 2025

Respectfully submitted,

*/s/ Joel E. Sechler*
Joel E. Sechler (0076320)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
sechler@carpenterlipps.com

*Trial Attorney for Defendant*
*CPS Solutions, LLC*

Of Counsel

Katheryn M. Lloyd (0075610)
Amber L. Merl (0080655)
CARPENTER LIPPS LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145
lloyd@carpenterlips.com
merl@carpenterlipps.com

Jennifer S. Windom (*admitted pro hac vice*)
Hogan Lovells US LLP
555 13th Street NW
Washington, D.C. 20004
T. (202) 637-6437
F. (202) 637-5910
jennifer.windom@hoganlovells.com

*Counsel for Defendant CPS Solutions, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Ohio using the CM/ECF system.  All participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                            /s/ Joel E. Sechler
                                            Joel E. Sechler (0076320)

931989