# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JODIE PIERCE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CPS SOLUTIONS, LLC.,<br><br>    Defendant. | Case No.: 2:25-cv-449<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFF JODIE PIERCE'S UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ii), Plaintiff Jodie Pierce ("Plaintiff") hereby files her unopposed voluntary dismissal of her claims against Defendant CPS Solutions, LLC. ("Defendant") without prejudice.

Date: May 30, 2025

Respectfully submitted,

*/s/Josh S. Sanford*
Josh Sanford
Ohio Bar No. 2001037
josh@sanfordlawfirm.com
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy,
Ste 510
Little Rock, AR 72211
Phone: (501) 221-0088
Fax: (888) 276-3455

and

Leigh S. Montgomery*
Texas Bar No. 24055214
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
Facsimile: (888) 276-3455

**ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS**

(* denotes pro hac vice forthcoming)

## **CERTIFICATE OF SERVICE**

I certify that on May 30, 2025, a true and correct copy of the foregoing document was served via CM/ECF.

<i>/s/ Josh S. Sanford</i><br>
Josh Sanford