# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JODIE PIERCE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CPS SOLUTIONS, LLC.,<br><br>    Defendant. | Case No.: 2:25-cv-449<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## [proposed] ORDER GRANTING PLAINTIFF JODIE PIERCE'S UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

On this day the Court considered Plaintiff Jodie Pierce's Unopposed Voluntary Dismissal of her claims against Defendant CPS Solutions, LLC.

IT IS HEREBY ORDERED that Plaintiff Jodie Pierce's Unopposed Voluntary Dismissal of her claims against CPS Solutions, LLC, without prejudice is GRANTED.

Signed this _____ day of _____ 2025

_____
United States District Judge